# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Velvet Keener, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:21-cv-00079-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 27, 2022 Order.

January 27, 2022

Frank G. Johns, Clerk
United States District Court